B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Erickson, Adam G** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1561** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**700 N. Larrabee**<br>**#1214**<br>**Chicago, IL**　　　　　ZIP Code **60654** | Street Address of Joint Debtor (No. and Street, City, and State):　　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Erickson, Adam G** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____
     (Name of landlord that obtained judgment)

     _____
     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(4/10)**

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Erickson, Adam G**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Adam G Erickson**
Signature of Debtor  **Adam G Erickson**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May  5, 2011**
Date

### Signature of Attorney*

X **/s/ James J. Burns Jr. #**
Signature of Attorney for Debtor(s)

**James J. Burns Jr. # 6200956**
Printed Name of Attorney for Debtor(s)

**Burns & Wincek, Ltd.**
Firm Name

**53 West Jackson Boulevard**
**Suite 909**
**Chicago, IL 60604**

Address

**Email: bandwlaw@sbcglobal.net**
**312-880-0195 Fax: 312-880-0196**
Telephone Number

**May  5, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Adam G Erickson__      Case No. _____

Debtor(s)      Chapter   __7__

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Adam G Erickson**
                        **Adam G Erickson**

Date:    **May 5, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re    **Adam G Erickson**
_____,
                                                    Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 30,459.08 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 32,676.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 34 | | 1,409,795.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 5,802.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,738.35 |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| | | Total Assets | 30,459.08 | | |
| | | Total Liabilities | | 1,442,471.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Adam G Erickson**
                                                              ,
                        Debtor

Case No. _____

Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Adam G Erickson**
_____,    Case No. _____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Adam G Erickson**                                                              ,    Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Checking Account** | - | 331.20 |
| | | **Bank of America Checking Account** | - | 153.88 |
| | | **US Bank Checking Account** | - | 5,149.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods** | - | 300.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing, shoes, coats** | - | 300.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **6,234.08** |
|---|---|---|
|  | (Total of this page) | |

**2**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Adam G Erickson**                                          ,      Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Brewer Investment Group LLC** **30% ownership interest.** **No value.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Adam G Erickson**
_____ ,        Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Range Rover HSE - 63,000 Miles** | - | 24,225.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | 24,225.00 |
| (Total of this page) | |
| Total > | 30,459.08 |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Adam G Erickson**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Wells Fargo Checking Account** | **735 ILCS 5/12-1001(b)** | **331.20** | **331.20** |
| **Bank of America Checking Account** | **735 ILCS 5/12-1001(b)** | **153.88** | **153.88** |
| **US Bank Checking Account** | **735 ILCS 5/12-1001(b)** | **3,214.92** | **5,149.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Wearing Apparel** | | | |
| **Clothing, shoes, coats** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| | Total: | **4,300.00** | **6,234.08** |

__0__    continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Adam G Erickson**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **3486252**<br><br>**MB Financial Bank**<br>**PO Box 6261**<br>**Chicago, IL 60680** | - | | | | **2010**<br><br>**Purchase Money Security**<br><br>**2006 Range Rover HSE - 63,000 Miles**<br><br>Value $        **24,225.00** | | | | **32,676.00** | **8,451.00** |
| Account No.<br><br><br><br> | | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | | <br><br>Value $ | | | | | |

__0__  continuation sheets attached

|  | Subtotal<br>(Total of this page) | **32,676.00** | **8,451.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **32,676.00** | **8,451.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Adam G Erickson**                                                                                    Case No. _____
                                                                          ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Adam G Erickson** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3717-573-495-12000** <br><br> **American Express** <br> **Box 0001** <br> **Los Angeles, CA 90096-0001** | | - | | **2010** <br> **Credit Card** | | | | **9,792.00** |
| Account No. <br><br> **Anna Marie Creagh Revocable Living** <br> **9032 W. Elm Court** <br> **Unit E** <br> **Franklin, WI 53132** | | - | | **Investor** | | | X | **Unknown** |
| Account No. <br><br> **Arthur Brunelle** <br> **16169 E. 7th Drive** <br> **Aurora, CO 80011** | | - | | **Investor** | | | X | **Unknown** |
| Account No. <br><br> **Asher Wolmark** <br> **One Rotary Center** <br> **1560 Sherman Avenue, Suite 803** <br> **Evanston, IL 60201** | | - | | **Employee of Brewer Investment Group** | | | X | **Unknown** |

__33__  continuation sheets attached

Subtotal
(Total of this page)  **9,792.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
S/N:35092-110428    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson** _____,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Investor | | | | | |
| **Barbara Lannone & Arline Lannone 865 Chruch Street Unit 2 Bohemia, NY 11716** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | Investor | | | | | |
| **Bemay Huang 1718 Appleby Road Palatine, IL 60067** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. **7001-0622-7925-1023** | | | **2010 Credit Card** | | | | | |
| **Best Buy PO Box 5238 Carol Stream, IL 60197** | | | | | | | | |
| | | | | | | | | **1,777.00** |
| Account No. | | | **Employee of Brewer Investment Group** | | | | | |
| **Bill Korab 6767 North Wickman Road Suite 400T Melbourne, FL 32940** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | **Employee of Brewer Investment Group** | | | | | |
| **Bill Vellon One Rotary Center 1560 Sherman Avenue, Suite 803 Evanston, IL 60201** | - | | | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __1__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,777.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Employee of Brewer Investment Group | | | | |
| **Brock Catronio** **333 South Congress Avenue** **Suite 403** **Delray Beach, FL 33445** | | | | | | | X | **Unknown** |
| Account No. | | | - | Investor | | | | |
| **Bruce & Debbie Miller** **24 Melane Drive** **Huntington Station, NY 11746** | | | | | | | X | **Unknown** |
| Account No. | | | - | Employee of Brewer Investment Group | | | | |
| **Bruce Musselman** **11 Riverside Drive** **Suite 204** **Cocoa, FL 32922** | | | | | | | X | **Unknown** |
| Account No. | | | - | Investor | | | | |
| **Calvin Morris Trust** **6901 S. Oglesby Avenue** **Unit 7D** **Chicago, IL 60649** | | | | | | | X | **Unknown** |
| Account No. 5178-0524-5915-7539 | | | - | 2010 Credit Card | | | | |
| **Capital One** **PO Box 6492** **Carol Stream, IL 60197** | | | | | | | | **2,399.00** |

Sheet no. __2__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,399.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam G Erickson**                              , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investor | | | | |
| **Carmen Garcia**<br>**13 Cebu County Country Club Village**<br>**Cebu City Philippines** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Employee of Brewer Investment Group | | | | |
| **Carol Hultgreen**<br>**2809 West Willow Knoll Road**<br>**Suite B**<br>**Peoria, IL 61614** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Investor | | | | |
| **Cecil Garst & Emilya Traczyk**<br>**413 Root Street**<br>**Park Ridge, IL 60068** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Employee of Brewer Investment Group | | | | |
| **Chad Lowe**<br>**3333 Premier Drive**<br>**Plano, TX 75023** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | Investor | | | | |
| **Charles Roarty**<br>**39 Maniton Trail**<br>**Kings Park, NY 11754** | - | | | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __3__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Adam G Erickson__ _____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5401-6830-6148-0114**<br><br>**Chase Card Services**<br>**Cardmember Services**<br>**PO Box 15153**<br>**Wilmington, DE 19886-5153** | | - | | | **2010**<br>**Credit Card** | | | | **4,668.00** |
| Account No.<br><br>**Ching-An Tsai Trust**<br>**9452 Kildare Avenue**<br>**Skokie, IL 60076** | | - | | | **Investor** | | | X | **Unknown** |
| Account No.<br><br>**Chris Reuschle**<br>**4776 Hodges Blvd**<br>**Suite 203**<br>**Jacksonville, FL 32224** | | - | | | **Employee of Brewer Investment Group** | | | X | **Unknown** |
| Account No.<br><br>**Christopher Ricchetti**<br>**82 Honey Lake Road**<br>**Barrington, IL 60010** | | - | | | **Employee of Brewer Investment Group** | | | X | **Unknown** |
| Account No.<br><br>**Craig Taucher**<br>**4776 Hodges Blvd**<br>**suite 203**<br>**Jacksonville, FL 32224** | | - | | | **Employee of Brewer Investment Group** | | | X | **Unknown** |

Sheet no. __4___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,668.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Employee of Brewer Investment Group | | | X | |
| **Daniel Henrichs** **11975 Westline Industrial Drive** **Saint Louis, MO 63146** | | | | | | | | **Unknown** |
| Account No. | | - | | Employee of Brewer Investment Group | | | X | |
| **David Bekenstein** **12020 Sunrise Valley Drive** **Suite 100** **Reston, VA 20191** | | | | | | | | **Unknown** |
| Account No. | | - | | Investor | | | X | |
| **David J. Gallagher** **14 FLint Rock Road** **Vernon Hills, IL 60061** | | | | | | | | **Unknown** |
| Account No. | | - | | Employee of Brewer Investment Group | | | X | |
| **David Pankiw** **370 Virginia Avenue** **Hagerstown, MD 21740** | | | | | | | | **Unknown** |
| Account No. | | - | | Employee of Brewer Investment Group | | | X | |
| **Debra Clark** **2921 Damascus Road** **Fayetteville, NC 28303** | | | | | | | | **Unknown** |

Sheet no. __5__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Adam G Erickson**                                              ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investor | | | | |
| Dimitri Goriestani 11349 Parkviwe Drive Thiensville, WI 53092 | - | | | | | | X | Unknown |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| Dino Marnell 27575 Ferry Road Suite 100 Warrenville, IL 60555 | - | | | | | | X | Unknown |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| Donna Quam 12271 Ayshire Lane Loves Park, IL 61111 | - | | | | | | X | Unknown |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| Dwaine Benedict 3333 Premier Drive Suite 250 Plano, TX 75023 | - | | | | | | X | Unknown |
| Account No. | | | | Investor | | | | |
| Eduardo Mar Trust 2703 Maple Avenue Northbrook, IL 60062 | - | | | | | | X | Unknown |

Sheet no. __6___ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam G Erickson**                                                    ,        Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Investor | | | | | | |
| Edward & Marisa Greco 12 Timber Lane Northport, NY 11768 | - | | | | | | X | Unknown |
| Account No. | | Investor | | | | | | |
| Elizabeth P. Chan 464 Ticonderoga Lane Naperville, IL 60563 | - | | | | | | X | Unknown |
| Account No. | | Investor | | | | | | |
| Entrust IRA Administration Inc 5 Hancock Court West Babylon, NY 11704 | - | | | | | | X | Unknown |
| Account No. | | Investor | | | | | | |
| Entrust IRA Administration Inc 20313 Manhattan Avenue West Babylon, NY 11704 | - | | | | | | X | Unknown |
| Account No. | | Investor | | | | | | |
| Entrust IRA Administration Inc 1414 Areca Palm Drive Port Orange, FL 32128 | - | | | | | | X | Unknown |

Sheet no. _**7**_ of _**33**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                 **0.00**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Adam G Erickson** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | Investor | | | | | | | |
| Entrust IRA Administration Inc 926 MacArthur Street Bohemia, NY 11716 | - | | | | | | | X | Unknown |
| Account No. | | Investor | | | | | | | |
| Entrust IRA Administration Inc 25 Wood Sorrell Lane East Northport, NY 11731 | - | | | | | | | X | Unknown |
| Account No. | | Investor | | | | | | | |
| Entrust IRA Administration Inc 20313 Manhattan Avenue West Babylon, NY 11704 | - | | | | | | | X | Unknown |
| Account No. | | Investor | | | | | | | |
| Entrust IRA Administration Inc 7 Lansing Lane East Northport, NY 11731 | - | | | | | | | X | Unknown |
| Account No. | | Investor | | | | | | | |
| Entrust IRA Administration Inc 39 Bellflower Drive Lakewood, NJ 08701 | - | | | | | | | X | Unknown |

Sheet no. **8** of **33** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | Investor | | | | | | | |
| **Entrust IRA Administration Inc** **12 Montrose Place** **Melville, NY 11747** | - | | | | | | | X | **Unknown** |
| Account No. | | Investor | | | | | | | |
| **Entrust IRA Administration Inc** **24407 S. Agate Drive** **Chandler, AZ 85248** | - | | | | | | | X | **Unknown** |
| Account No. | | Investor | | | | | | | |
| **Entrust IRA Administration Inc** **4800 West Macondo** **Chino Valley, AZ 86323** | - | | | | | | | X | **Unknown** |
| Account No. | | Investor | | | | | | | |
| **Entrust IRA Administration Inc** **18 Columbus Drive** **Huntington Station, NY 11746** | - | | | | | | | X | **Unknown** |
| Account No. | | Investor | | | | | | | |
| **Entrust IRA Administration Inc** **865-2 Church Street** **Bohemia, NY 11716** | - | | | | | | | X | **Unknown** |

Sheet no. __9__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Adam G Erickson**                                    ,          Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | Investor | | | | | | |
| **Entrust IRA Administration Inc FBO** **2083 Central Drive North** **East Meadow, NY 11554** | - | | | | | | X | Unknown |
| Account No. | | Investor | | | | | | |
| **Entrust IRA Admistration Inc** **14 Flint Rock Drive** **York, ME 03909** | - | | | | | | X | Unknown |
| Account No. | | Employee of Brewer Investment Group | | | | | | |
| **Erik Wyse** **305 B. West Spring Creek Parkway** **Suite 400** **Plano, TX 75023** | - | | | | | | X | Unknown |
| Account No. | | 2010 | | | | | | |
| **FGMK** **2801 Lakeside Drive** **Deerfield, IL 60015** | - | | | | | | | 3,000.00 |
| Account No. | | Employee of Brewer Investment Group | | | | | | |
| **Gary Rakan** **1600 Abbott Road** **East Lansing, MI 48823** | - | | | | | | X | Unknown |

Sheet no. __10__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **6019-1830-5476-6720** | | | | | **2010** **Credit Card** | | | | |
| **GE Money Bank** **PO Box 960061** **Orlando, FL 32896-0061** | - | | | | | | | | |
| | | | | | | | | | **2,084.00** |
| Account No. | | | | | **Employee of Brewer Investment Group** | | | | |
| **Genevieve Mar** **1434 Techny Road** **Northbrook, IL 60062** | - | | | | | | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Investor** | | | | |
| **George J. Siegel IRA** **1530 N.Dearborn Parkway** **Apt. 4N** **Chicago, IL 60610** | - | | | | | | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Investor** | | | | |
| **George J. Siegel IRA** **1530 N.Dearborn Parkway** **Apt. 4N** **Chicago, IL 60610** | - | | | | | | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Investor** | | | | |
| **George J. Sigel Revocable Trust** **1530 N. Dearborn Parkway** **Apt. 4N** **Chicago, IL 60610** | - | | | | | | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __11__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,084.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Adam G Erickson**                                                    ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.                                                    | | | Investor | | | | | |
| **Glenn & Andrea Ventrell** **2525 Greenleaf Avenue** **Wilmette, IL 60091** | - | | | | | | X | **Unknown** |
| Account No.                                                    | | | Employee of Brewer Investment Group | | | | | |
| **Greg Diamond** **111 South Pfingsten Road** **Suite 114** **Deerfield, IL 60015** | - | | | | | | X | **Unknown** |
| Account No.                                                    | | | Employee of Brewer Investment Group | | | | | |
| **Greg Friel** **980 Mass Avenue** **Boston, MA 02118** | - | | | | | | X | **Unknown** |
| Account No.                                                    | | | Investor | | | | | |
| **Gregory Greco** **264 Broad Street** **Red Bank, NJ 07701** | - | | | | | | X | **Unknown** |
| Account No.                                                    | | | Employee of Brewer Investment Group | | | | | |
| **Guy Abbanat** **9900 West Sample Road** **Suite 203** **Coral Springs, FL 33065** | - | | | | | | X | **Unknown** |

Sheet no. _**12**_ of _**33**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investor | | | | |
| Helen L. DeZWarte Trust 5471 N. 35th Street Milwaukee, WI 53209 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Employee of Brewer Investment Group | | | | |
| Howard Chen | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. 5458-0015-6516-7958 | | | | | 2010 Credit Card | | | | |
| HSBC Credit Center PO Box 5241 Carol Stream, IL 60197 | | - | | | | | | | |
| | | | | | | | | | 3,656.00 |
| Account No. | | | | | Investor | | | | |
| I-Wen Chang Liu Living Trust 6613 N Oshkosh Chicago, IL 60681 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2000 Unpaid State Taxes | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | - | | | | | | | |
| | | | | | | | | | 790.00 |

Sheet no. __13__ of __33__ sheets attached to Schedule of          Subtotal          
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)          **4,446.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Adam G Erickson**                                          , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | | | **2007** **Unpaid State Taxes** | | | | 3,497.00 |
| Account No. **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | | | **2000** **Unpaid Taxes** | | | | 32,118.00 |
| Account No. **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | | | **2001** **Unpaid Taxes** | | | | 8,633.00 |
| Account No. **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | | | **2002** **Unpaid Taxes** | | | | 21,699.00 |
| Account No. **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | | | **2003** **Unpaid Taxes** | | | | 25,958.00 |

Sheet no. __14__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

91,905.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**
_____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2007 Unpaid Taxes | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 12,976.00 |
| Account No. | | | 2007 Unpaid Taxes | | | | |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 38,806.00 |
| Account No. | | | Employee of Brewer Investment Group | | | | |
| Isaih Goldman 333 South Congree Avenue Suite 403 Delray Beach, FL 33445 | - | | | | | X | Unknown |
| Account No. | | | Employee of Brewer Investment Group | | | | |
| Jaason Ziccarelli 2379 Sullivan Road Arcade, NY 14009 | - | | | | | X | Unknown |
| Account No. | | | Employee of Brewer Investment Group | | | | |
| James Kelly Somers 2921 Damascus Road Fayetteville, NC 28303 | - | | | | | X | Unknown |

Sheet no. __15__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

51,782.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investor | | | | |
| James P. Morey 4512 W. Sevilla Street Tampa, FL 33629 | | - | | | | X | Unknown |
| Account No. | | | Employee of Brewer Investment Group | | | | |
| Janet Coccarelli 801 East Campbell Road Suite 110 LB 33 Richardson, TX 75081 | | - | | | | X | Unknown |
| Account No. | | | Employee of Brewer Investment Group | | | | |
| Jeff Scheithe 27575 Ferry Road Suite 100 Warrenville, IL 60555 | | - | | | | X | Unknown |
| Account No. | | | Employee of Brewer Investment Group | | | | |
| Jeffrey Greco 105 Broadhollow Road Melville, NY 11747 | | - | | | | X | Unknown |
| Account No. | | | Employee of Brewer Investment Group | | | | |
| Jeffrey Wolf 23600 College Blvd Suite 102 Olathe, KS 66061 | | - | | | | X | Unknown |

Sheet no. __16__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Adam G Erickson**                                        , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| Jim Beaudoin 13832 Waterton Plank Road Elm Grove, WI 53122 | | - | | | | | X | Unknown |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| Jim Canole 6767 North Wickman Road Suite 400T Melbourne, FL 32940 | | - | | | | | X | Unknown |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| Jim Herczyk 303 East Wacker Drive 25th Floor Chicago, IL 60601 | | - | | | | | X | Unknown |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| Joel Babbitt 3963 West Belmont Avenue Suite 6 Chicago, IL 60618 | | - | | | | | X | Unknown |
| Account No. | | | | Investor | | | | |
| John & Robert Stout 1126 Parkridge Drive Onalaska, WI 54650 | | - | | | | | X | Unknown |

Sheet no. __17__ of __33__ sheets attached to Schedule of                    Subtotal                0.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __Adam G Erickson__ , Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| John Antrobus 2809 West Willow Knolls Road Suite B Peoria, IL 61614 | | - | | | | | X | Unknown |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| John Dabrowski 11223 Riders Club Road Onalaska, WI 54650 | | - | | | | | X | Unknown |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| John Fichera 303 East Wacker Drive 25th Floor Chicago, IL 60601 | | - | | | | | X | Unknown |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| John Hoidas 303 East Wacker 25th Floor Chicago, IL 60601 | | - | | | | | X | Unknown |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| John Slater 5 West Avenue Wayne, PA 19087 | | - | | | | | X | Unknown |

Sheet no. __18__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam G Erickson**                                          , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | Investor | | | | | | |
| **Jon & MaryAnne Tegethoff 104 Briarheath Aurora, IL 60505** | - | | | | | | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | Employee of Brewer Investment Group | | | | | | |
| **Josh Bannerman 41000 West 7 Mile Suite 210 Northville, MI 48167** | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | Investor | | | | | | |
| **Jozsef Krautheim & Miolika Krauthei 6226 W. Irving Park Road Chicago, IL 60634** | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | Investor | | | | | | |
| **Jules R. Block & Patricia Clark 12 Cheltenham Street Long Beach, NY 11561** | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | Investor | | | | | | |
| **Karen Stebbins 4570 Gelleon Drive Loves Park, IL 61111** | - | | | | | | | | |
| | | | | | | | | | **Unknown** |

Sheet no. __**19**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Employee of Brewer Investment Group | | | | |
| **Katarzyna Marczyk 224 Datura Street Suite 507 West Palm Beach, FL 33401** | - | | | | | | **Unknown** |
| Account No. | | | Employee of Brewer Investment Group | | | | |
| **Ken Friedman 4776 Hodges Blvd suite 203 Jacksonville, FL 32224** | - | | | | | | **Unknown** |
| Account No. | | | Investor | | | | |
| **Kevin Knapp 155 W. 68th Street #702 New York, NY 10023** | - | | | | | | **Unknown** |
| Account No. | | | Employee of Brewer Investment Group | | | | |
| **Kevin Larkin 333 South Congress Avenue Suite 403 Delray Beach, FL 33445** | - | | | | | | **Unknown** |
| Account No. | | | Employee of Brewer Investment Group | | | | |
| **Kimberly Newsome 4776 Hodges Blvd Suite 203 Jacksonville, FL 32224** | - | | | | | | **Unknown** |

Sheet no. __20__ of __33__ sheets attached to Schedule of          Subtotal          **0.00**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Adam G Erickson** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investor | | | | |
| LaMay Hansen N17183 Grover Lane Galesville, WI 54630 | | - | | | | | | | Unknown |
| Account No. | | | | | Investor | | | | |
| LaMay Hansen N17183 Grover Lane Galesville, WI 54630 | | - | | | | | | | Unknown |
| Account No. | | | | | Employee of Brewer Investment Group | | | | |
| Larry Doody 200 South Michigan Avenue 21st Floor Chicago, IL 60604 | | - | | | | | | | Unknown |
| Account No. | | | | | Investor | | | | |
| Laura R & Honne C. Wu 8401 N. Spring Skokie, IL 60076 | | - | | | | | | | Unknown |
| Account No. | | | | | Investor | | | | |
| Lawrence & Cynthia Jaskunas 113 Forest Avenue Willow Springs, IL 60804 | | - | | | | | | | Unknown |

Sheet no. __21__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                              ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Employee of Brewer Investment Group | | | | |
| Lee Brickey 6000 Ploplar Avenue Suite 250 Memphis, TN 38119 | | | | | | | | Unknown |
| Account No. | | - | | Investor | | | | |
| Marcel V. Dewulf Trust 423 Lincoln Avenue Lake Bluff, IL 60044 | | | | | | | | Unknown |
| Account No. | | - | | Investor | | | | |
| Margaret Pither 1146 S. Danforth Avenue Vernon Hills, IL 60061 | | | | | | | | Unknown |
| Account No. | | - | | Investor | | | | |
| Mariel Carlisle 38030 Old Mill Road La Crescent, MN 55947 | | | | | | | | Unknown |
| Account No. | | - | | Investor | | | | |
| Marvin Boehm Family Trust 9237 Tripp Avenue Skokie, IL 60076 | | | | | | | | Unknown |

Sheet no. __22__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Adam G Erickson**                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mary A. Bicker**<br>**804 Centerbury Road**<br>**Freeport, IL 61037** | | - | | Investor | | | | Unknown |
| Account No.<br><br>**Merril L & Thomas C. Tlusty**<br>**2N652 Diane Avenue**<br>**Glen Ellyn, IL 60137** | | - | | Investor | | | | Unknown |
| Account No.<br><br>**Michael Roarty**<br>**2705 Convington Place Estates**<br>**Saint Louis, MO 63131** | | - | | Investor | | | | Unknown |
| Account No.<br><br>**Mike Chandler**<br>**2921 Damascus Road**<br>**Fayetteville, NC 28303** | | - | | Employee of Brewer Investment Group | | | | Unknown |
| Account No.<br><br>**Najal Kirdhy**<br>**105 Broadhollow Road**<br>**Melville, NY 11747** | | - | | Employee of Brewer Investment Group | | | | Unknown |

Sheet no. __23__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                                 ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Neil Cohen**<br>**111 South Pfingsten Road**<br>**Suite 114**<br>**Deerfield, IL 60015** | - | | Employee of Brewer Investment Group | | | | **Unknown** |
| Account No.<br><br>**Nick & Maria Pitch**<br>**18 Marions Lane**<br>**Northport, NY 11768** | - | | Investor | | | | **Unknown** |
| Account No.<br><br>**Norman Blake**<br>**6000 Poplar Avenue**<br>**Suite 250**<br>**Memphis, TN 38119** | - | | Employee of Brewer Investment Group | | | | **Unknown** |
| Account No.<br><br>**Ovid Santoro**<br>**One Belfast Road**<br>**Box 9**<br>**Lincolnville, ME 04849** | - | | Employee of Brewer Investment Group | | | | **Unknown** |
| Account No.<br><br>**Pamela Edwards Trust**<br>**1400 N. State Parkway**<br>**Unit 4A**<br>**Chicago, IL 60610** | - | | Investor | | | | **Unknown** |

Sheet no. __24__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                                    ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Patrick Kearns**<br>**501 East 6th Street**<br>**Winona, MN 55987** | - | | | **Employee of Brewer Investment Group** | | | | **Unknown** |
| Account No.<br><br>**Paul McConville**<br>**204 Darien Lane**<br>**Dundee, IL 60118** | - | | | **Employee of Brewer Investment Group** | | | | **Unknown** |
| Account No.<br><br>**Paul Michael & Patsy Satzinger**<br>**6910 Hamilton**<br>**Chicago, IL 60645** | - | | | **Investor** | | | | **Unknown** |
| Account No.<br><br>**Peter Weber**<br>**303 South Donald Avenue**<br>**Arlington Heights, IL 60004** | - | | | **Investor** | | | | **Unknown** |
| Account No.<br><br>**PFG** | - | | | | | | | **0.00** |

Sheet no. __25__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                    ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Investor | | | | |
| **Ping Cao** **4 Royal Oaks Court** **Monroe Township, NJ 08831** | | - | | | | | | **Unknown** |
| Account No. | | | | Investor | | | | |
| **Rachelle Johnson** **9208 Riggs Lane** **Apt D** **Overland Park, KS 66212** | | - | | | | | | **Unknown** |
| Account No. | | | | Investor | | | | |
| **Richard & Kathy Marotto** **206 Gothic Circle** **Manorville, NY 11949** | | - | | | | | | **Unknown** |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| **Richard Beleutz** **303 East Wacker Drive** **25th Floor** **Chicago, IL 60601** | | - | | | | | | **Unknown** |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| **Richard Hobgood** **2921 Damascus Road** **Fayetteville, NC 28303** | | - | | | | | | **Unknown** |

Sheet no. __26__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                          ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Roman Tomal** <br> **157B South Pine Street** <br> **Suite B** <br> **Burlington, WI 53105** | - | | Employee of Brewer Investment Group | | | | **Unknown** |
| Account No. <br><br> **Rose A. Gaspard Revocable Trust** <br> **1414 Areca Palm Drive** <br> **Port Orange, FL 32128** | - | | Investor | | | X | **Unknown** |
| Account No. <br><br> **Rose Pat Roarty** <br> **39 Maniton Trail** <br> **Kings Park, NY 11754** | - | | Investor | | | | **Unknown** |
| Account No. **10 CV 07023** <br><br> **Russell R. Wasendorf Jr.** <br> **c/o Iavarone Law Firm P.C.** <br> **11 S. LaSalle, Ste 1400** <br> **Chicago, IL 60602** | - | | 2010 <br> lawsuit alleging breach of fiduciary duty and securities fraud. Disputed. | | | | **600,000.00** |
| Account No. **10 CV 07023** <br><br> **Russell R. Wasendorf Sr.** <br> **c/o Iavarone Law Firm P.C.** <br> **11 S. LaSalle, Ste 1400** <br> **Chicago, IL 60602** | - | | 2010 <br> lawsuit Alleged breach of fiduciary duty; alleged securities fraud. Disputed. | | | X | **600,000.00** |

Sheet no. __27__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **1,200,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Z4126395** <br><br> **SafeCo** <br> **c/o Caine & Weiner** <br> **PO Box 5010** <br> **Woodland Hills, CA 91365** | - | | | | **2010** <br> **Collection** | | | | **265.00** |
| Account No. <br><br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | - | | | | **2010** <br> **Loan** | | | | **25,000.00** |
| Account No. <br><br> **Scott Stockton** <br> **305 B West Spring Creek Parkway** <br> **Suite 400** <br> **Plano, TX 75023** | - | | | | **Employee of Brewer Investment Group** | | | X | **Unknown** |
| Account No. <br><br> **Sharon Feuerstein** <br> **11952 county Highway** <br> **La Crescent, MN 55947** | - | | | | **Investor** | | | | **Unknown** |
| Account No. <br><br> **Stacey Parthenis Paros** <br> **195 Salt Lake Drive** <br> **Bloomingdale, IL 60108** | - | | | | **Investor** | | | | **Unknown** |

Sheet no. __**28**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **25,265.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                          , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Employee of Brewer Investment Group | | | | |
| Stephen Carver 2809 West Willow Knolls Road Suite B Peoria, IL 61614 | | | | | | | | Unknown |
| Account No. | | - | | Employee of Brewer Investment Group | | | | |
| Steve Brown 200 Lee Street Terrell, TX 75160 | | | | | | | | Unknown |
| Account No. | | - | | Employee of Brewer Investment Group | | | | |
| Stuart Miller 12020 Sunrise Valley Drive Suite 100 Reston, VA 20191 | | | | | | | | Unknown |
| Account No. | | - | | Employee of Brewer Investment Group | | | | |
| Stuart Tracy Winfree 4776 Hodges Blvd Suite 203 Jacksonville, FL 32224 | | | | | | | | Unknown |
| Account No. | | - | | Investor | | | | |
| Susan Aguilar 83 Sargent Road Swampscott, MA 01907 | | | | | | | | Unknown |

Sheet no. __29__ of __33__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                               **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| Susan Chrostowski 11 Riverside Drive Suite 204 Cocoa, FL 32922 | - | | | | | | | Unknown |
| Account No. | | | | Investor | | | | |
| Susan Fischer Trust 4504 Marsh Avenue Rockford, IL 61114 | - | | | | | | | Unknown |
| Account No. | | | | Investor | | | | |
| The Carol Mehlhaussen Trust 563 N. Sierra Drive Freeport, IL 61032 | - | | | | | | | Unknown |
| Account No. | | | | Investor | | | | |
| Thomas Naso 3 Sandpiper Court Shoreham, NY 11786 | - | | | | | | | Unknown |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| Thomas Schuh 1000 Soutj Pine Island Road Suite 170 Fort Lauderdale, FL 33324 | - | | | | | | | Unknown |

Sheet no. __30__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| **Todd Feldman** **12020 Sunrise Valley Drive** **Suite 100** **Reston, VA 20191** | - | | | | | | | **Unknown** |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| **Tom Brewer** **11223 Riders Club Road** **Onalaska, WI 54650** | - | | | | | | | **Unknown** |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| **Tom Montgomery** **305 B. West Spring Creek Parkway** **Suite 400** **Plano, TX 75023** | - | | | | | | | **Unknown** |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| **Tony Coccarelli** **801 East Campbell Road** **Suite 110 LB 33** **Richardson, TX 75081** | - | | | | | | | **Unknown** |
| Account No. | | | | Employee of Brewer Investment Group | | | | |
| **Troy Betthauser** **1123 Riders Club Road** **Onalaska, WI 54650** | - | | | | | | | **Unknown** |

Sheet no. __31__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                    , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4719-2585-6532-5220** | | | | | **2010** **Credit Card** | | | | |
| **US Bank** **PO Box 790408** **Saint Louis, MO 63179** | - | | | | | | | | |
| | | | | | | | | | **1,873.00** |
| Account No. | | | | | **Investor** | | | | |
| **Victor Papa** **22818 Stronghurst Avenue** **Queens Village, NY 11427** | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **2010** | | | | |
| **Water Tower Endodontics** **c/o The Bureaus Inc** **1717 Central Street** **Evanston, IL 60204** | - | | | | | | | | |
| | | | | | | | | | **700.00** |
| Account No. | | | | | **Employee of Brewer Investment Group** | | | | |
| **William Hoover** **777 South Flagger Drive** **Suite E** | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **2001** **Unpaid State Taxes** | | | | |
| **Wisconsin Department of Revenue** **PO Box 268** **Madison, WI 53790-0001** | - | | | | | | | | |
| | | | | | | | | | **964.00** |

Sheet no. __**32**__ of __**33**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,537.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Adam G Erickson**                                     ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Wisconsin Department of Revenue PO Box 268 Madison, WI 53790-0001** | - | | **2003 Unpaid State Taxes** | | | | 8,330.00 |
| Account No. **Wisconsin Department of Revenue PO Box 268 Madison, WI 53790-0001** | - | | **2004 Unpaid States Taxes** | | | | 810.00 |
| Account No. **Xiaoqian Tan & sunbo Yang 420 Burbon Street Chicago, IL 60656** | - | | **Investor** | | | | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __33__ of __33__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 9,140.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,409,795.00 |

B6G (Official Form 6G) (12/07)

.

In re    **Adam G Erickson**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Adam G Erickson**                                                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Adam G Erickson**                                                      Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | |
| Name of Employer | **EMC** | |
| How long employed | **3 months** | |
| Address of Employer | **175 South Street**<br>**Hopkinton, MA 01748** | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ **8,307.00** | $ **N/A** |
| 2. Estimate monthly overtime | $ **0.00** | $ **N/A** |
| 3. SUBTOTAL | $ **8,307.00** | $ **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ **2,375.00** | $ **N/A** |
| b.  Insurance | $ **130.00** | $ **N/A** |
| c.  Union dues | $ **0.00** | $ **N/A** |
| d.  Other (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **2,505.00** | $ **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **5,802.00** | $ **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **N/A** |
| 8. Income from real property | $ **0.00** | $ **N/A** |
| 9. Interest and dividends | $ **0.00** | $ **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **N/A** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 12. Pension or retirement income | $ **0.00** | $ **N/A** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **N/A** |
| | $ **0.00** | $ **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **5,802.00** | $ **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **5,802.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Adam G Erickson**                                                          Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 2,377.00 |
| a. Are real estate taxes included? | Yes ___ | No **X** | |
| b. Is property insurance included? | Yes ___ | No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 290.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 0.00 |
| d. Other   **Cable and Internet** | | $ | 110.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 600.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 100.00 |
| 7. Medical and dental expenses | | $ | 100.00 |
| 8. Transportation (not including car payments) | | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 50.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 135.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 952.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   **Student Loan** | | $ | 230.00 |
| Other   **Loan Payment Cumberland Federal Bank** | | $ | 444.35 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,738.35 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,802.00 |
| b.   Average monthly expenses from Line 18 above | $ | 5,738.35 |
| c.   Monthly net income (a. minus b.) | $ | 63.65 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Adam G Erickson**                                              Case No.
                                                      Debtor(s)            Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **47** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **May  5, 2011**                              Signature    **/s/ Adam G Erickson**
                                                                    **Adam G Erickson**
                                                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Adam G Erickson** _____  Case No. _____

Debtor(s)                    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT              SOURCE

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT              SOURCE

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None □

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Bellows Bellows PC v. Richton Maurino 2006- MI -173418** | **Collection** | **Circuit Court of Cook County** | **Pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Burns & Wincek 53 West Jackson Boulevard Suite 909 Chicago, IL 60604-3421** | **4/29/11** | **$450.00 towards attorney fee and $299.00 for filing fee** |

4

**10. Other transfers**

None ☐
    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Burman Infinity**<br>**Chicago, IL** | | **Sold 2008 Infinity QS56 for $ 35,000.00 value received in October 2010** |

None ■
    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ■
    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None ■
    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■
    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■
    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May  5, 2011**                                    Signature  **/s/ Adam G Erickson**

**Adam G Erickson**

Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Adam G Erickson**                                                    Case No. _____
                                         Debtor(s)        Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**MB Financial Bank** | **Describe Property Securing Debt:**<br>**2006 Range Rover HSE - 63,000 Miles** |
| Property will be (check one):<br>☐ Surrendered          ■ Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐ Redeem the property<br>■ Reaffirm the debt<br>☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>☐ Claimed as Exempt          ■ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **May  5, 2011** _____          Signature   **/s/ Adam G Erickson** _____
                                                            **Adam G Erickson**
                                                            Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Adam G Erickson**                                           Case No.
                                        Debtor(s)                    Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................. $            **1,200.00**

Prior to the filing of this statement I have received ........................... $              **450.00**

Balance Due ........................................................................................... $              **750.00**

2.   $   **299.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

4.   The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed with regard to reaffirmations of consumer obligations; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; advising client with regard to defenses available for motions to modify the automatic stay and representing the client's interests regarding any such motions.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any adversary proceeding, including but not limited to discharge and/or dischargeability actions, or judicial lien avoidances; motions to dismiss under 11 USC 707(b) or motions to reopen a case closed without a discharge**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May  5, 2011**                              **/s/ James J. Burns Jr. #**
                                                       **James J. Burns Jr. # 6200956**
                                                       **Burns & Wincek, Ltd.**
                                                       **53 West Jackson Boulevard**
                                                       **Suite 909**
                                                       **Chicago, IL 60604**
                                                       **312-880-0195  Fax: 312-880-0196**
                                                       **bandwlaw@sbcglobal.net**

---

# LAW OFFICES OF BURNS & WINCEK

**CHAPTER 7 – INDIVIDUAL DEBTOR**
CONTRACT FOR LEGAL SERVICES

**Total Attorneys Fees $** _1,710 ⁰⁰_          **Filing Fees $299.00 to be paid prior to filing**
Attorney Fees Paid $ _450'_ on _____          Filing Fee Paid $ _299⁰⁰_ on _5-4-11_

The remaining balance of $ _750 ⁰_ is as follows:

Voluntary Payment of $ _750 ⁰_ on the _15ᵀᴴ_ day of _June_ 20_11_, or at the Trustee
Meeting scheduled for this case, whichever is later.

If attorney fees & /or filing fee is paid in the form of a <em>personal check</em>,<br>
I understand that the case will not be filed until the check has cleared.

I retain the Law Firm of BURNS & WINCEK to prepare and file a Chapter 7 Bankruptcy Petition and to represent me in this matter. I understand and agree that:

1.    The attorney fees stated above do not include representation in any: post-petition motion; dischargeablity action; judicial lien avoidance; relief form stay action; Trustee audits; or, any adversary proceedings. I will pay Burns & Wincek, $250.00 per hour for any additional legal services performed in representing me in any of the actions identified in this paragraph;

2.    I shall attend a mandatory Meeting of Creditors approximately four weeks after my case is filed. I will pay Burns & Wincek, an additional fee of $250.00 for each and every missed Meeting of Creditors and/or missed court date. If I have not received notice of the date of my Meeting of Creditors within 14 days after my case has been filed, I shall telephone the office of Burns & Wincek, to obtain the date for my Meeting of Creditors;

3.    I agree to pay all attorney fees and filing fees as agreed above *prior* to the filing of my case filing, unless indicated otherwise above;

4.    I agree that I will fully disclose all financial information to the office of Burns & Wincek, Ltd. I shall provide Burns & Wincek with a complete list of my creditors. I shall disclose all of my assets and debts to the office of Burns & Wincek, and understand that it is a federal crime to intentionally omit information from my bankruptcy petition;

5.    If additional creditors need to be added to my petition after the case has been filed, there will be an additional charge to amend my petition. Additionally, attorney fees may be modified if substantial changes or additional facts are discovered with regard to my financial situation;

6.     This bankruptcy will not eliminate liens on real property and/or secured property. This bankruptcy will not discharge: government insured student loans; tuition and fees owed to not-for- profit schools; support obligations; benefit overpayments; government fines (e.g., parking and traffic tickets); DUI charges; certain income taxes; debts owed due to fraud or intentional injuries; or, debts owed to creditors who successfully object to the discharge of their debt or to the entire discharge;

7.     Creditors are not required to allow debtor(s) to reaffirm their debts;

8.     I may discontinue the services of Burns & Wincek, at any time and may then be entitled to a refund of unearned fees. In order to discharge Burns & Wincek, I must submit a written request to do so. Upon receipt of such request, Burns & Wincek, Ltd, will take approximately 30 days to perform an accounting and a refund check will then be issued for any unearned fees. For the purposes of determining any refund to which I may be entitled, the hourly rate of Burns & Wincek, is $250.00 per hour;

9.     Burns & Wincek is a group practice and more than one attorney may work on different aspects of my case. I will cooperate with any attorney with whom I speak in regards to the administration of my case;

10.    I authorize Burns & Wincek, to hire co-counsel or independent attorneys to work on my case and to divide fees with such attorneys on the basis of work and responsibility; and

11.    I authorize Burns & Wincek, to order and review my credit report.

12.    The attorney fees charged for this case do not include representation for any matters relating to any investigation by the Chapter 7 Trustee or United States Trustee relating to the "abuse" provisions of Section 727 of the Bankruptcy Code. I understand I will have to pay an hourly fee of $250.00 per month for representation with regards to subpoenas, depositions, and document production relating to any such inquiry. Furthermore, should this case be closed without a Discharge due to my failure to timely obtain my Certificate of Debtor Education, I understand that I will have to pay Burns & Wincek on an hourly basis of $ 250.00 for any additional work associated with re-opening this case.

Data intake was conducted by _____J. BURNS_____.

I acknowledge that I have read and been orally advised of the terms of this agreement and that the undersigned attorney has explained to me the differences between filing a Chapter 7 Bankruptcy and a Chapter 13 Bankruptcy.

**DEBTOR** _____

Printed Name ___Adam Erickson___

___5/5/11___
Date
Contract-Ch 7-Individual

**BURNS & WINCEK**
By: _____
        Attorney

2

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Adam G Erickson**                                      Case No.
                                     Debtor(s)          Chapter     **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor
I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Adam G Erickson**                               X  **/s/ Adam G Erickson**          **May  5, 2011**
Printed Name(s) of Debtor(s)                          Signature of Debtor                Date

Case No. (if known) _____          X  _____
                                                     Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Adam G Erickson**

_____  Debtor(s)

Case No. _____

Chapter  **7**  _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____  **156**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **May  5, 2011** _____

**/s/ Adam G Erickson** _____
**Adam G Erickson**
Signature of Debtor

American Express
Box 0001
Los Angeles, CA 90096-0001

Anna Marie Creagh Revocable Living
9032 W. Elm Court
Unit E
Franklin, WI 53132

Arthur Brunelle
16169 E. 7th Drive
Aurora, CO 80011

Asher Wolmark
One Rotary Center
1560 Sherman Avenue, Suite 803
Evanston, IL 60201

Barbara Lannone & Arline Lannone
865 Chruch Street
Unit 2
Bohemia, NY 11716

Bemay Huang
1718 Appleby Road
Palatine, IL 60067

Best Buy
PO Box 5238
Carol Stream, IL 60197

Bill Korab
6767 North Wickman Road
Suite 400T
Melbourne, FL 32940

Bill Vellon
One Rotary Center
1560 Sherman Avenue, Suite 803
Evanston, IL 60201

Brock Catronio
333 South Congress Avenue
Suite 403
Delray Beach, FL 33445

Bruce & Debbie Miller
24 Melane Drive
Huntington Station, NY 11746


Bruce Musselman
11 Riverside Drive
Suite 204
Cocoa, FL 32922


Calvin Morris Trust
6901 S. Oglesby Avenue
Unit 7D
Chicago, IL 60649


Capital One
PO Box 6492
Carol Stream, IL 60197


Carmen Garcia
13 Cebu County Country Club Village
Cebu City Philippines


Carol Hultgreen
2809 West Willow Knoll Road
Suite B
Peoria, IL 61614


Cecil Garst & Emilya Traczyk
413 Root Street
Park Ridge, IL 60068


Chad Lowe
3333 Premier Drive
Plano, TX 75023


Charles Roarty
39 Maniton Trail
Kings Park, NY 11754


Chase Card Services
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153

Ching-An Tsai Trust
9452 Kildare Avenue
Skokie, IL 60076


Chris Reuschle
4776 Hodges Blvd
Suite 203
Jacksonville, FL 32224


Christopher Ricchetti
82 Honey Lake Road
Barrington, IL 60010


Craig Taucher
4776 Hodges Blvd
suite 203
Jacksonville, FL 32224


Daniel Henrichs
11975 Westline Industrial Drive
Saint Louis, MO 63146


David Bekenstein
12020 Sunrise Valley Drive
Suite 100
Reston, VA 20191


David J. Gallagher
14 FLint Rock Road
Vernon Hills, IL 60061


David Pankiw
370 Virginia Avenue
Hagerstown, MD 21740


Debra Clark
2921 Damascus Road
Fayetteville, NC 28303


Dimitri Goriestani
11349 Parkviwe Drive
Thiensville, WI 53092

Dino Marnell
27575 Ferry Road
Suite 100
Warrenville, IL 60555


Donna Quam
12271 Ayshire Lane
Loves Park, IL 61111


Dwaine Benedict
3333 Premier Drive
Suite 250
Plano, TX 75023


Eduardo Mar Trust
2703 Maple Avenue
Northbrook, IL 60062


Edward & Marisa Greco
12 Timber Lane
Northport, NY 11768


Elizabeth P. Chan
464 Ticonderoga Lane
Naperville, IL 60563


Entrust IRA Administration Inc
5 Hancock Court
West Babylon, NY 11704


Entrust IRA Administration Inc
20313 Manhattan Avenue
West Babylon, NY 11704


Entrust IRA Administration Inc
1414 Areca Palm Drive
Port Orange, FL 32128


Entrust IRA Administration Inc
926 MacArthur Street
Bohemia, NY 11716


Entrust IRA Administration Inc
25 Wood Sorrell Lane
East Northport, NY 11731

Entrust IRA Administration Inc
7 Lansing Lane
East Northport, NY 11731


Entrust IRA Administration Inc
39 Bellflower Drive
Lakewood, NJ 08701


Entrust IRA Administration Inc
12 Montrose Place
Melville, NY 11747


Entrust IRA Administration Inc
24407 S. Agate Drive
Chandler, AZ 85248


Entrust IRA Administration Inc
4800 West Macondo
Chino Valley, AZ 86323


Entrust IRA Administration Inc
18 Columbus Drive
Huntington Station, NY 11746


Entrust IRA Administration Inc
865-2 Church Street
Bohemia, NY 11716


Entrust IRA Administration Inc FBO
2083 Central Drive North
East Meadow, NY 11554


Entrust IRA Admistration Inc
14 Flint Rock Drive
York, ME 03909


Erik Wyse
305 B. West Spring Creek Parkway
Suite 400
Plano, TX 75023


FGMK
2801 Lakeside Drive
Deerfield, IL 60015

Gary Rakan
1600 Abbott Road
East Lansing, MI 48823


GE Money Bank
PO Box 960061
Orlando, FL 32896-0061


Genevieve Mar
1434 Techny Road
Northbrook, IL 60062


George J. Siegel IRA
1530 N.Dearborn Parkway
Apt. 4N
Chicago, IL 60610


George J. Sigel Revocable Trust
1530 N. Dearborn Parkway
Apt. 4N
Chicago, IL 60610


Glenn & Andrea Ventrell
2525 Greenleaf Avenue
Wilmette, IL 60091


Greg Diamond
111 South Pfingsten Road
Suite 114
Deerfield, IL 60015


Greg Friel
980 Mass Avenue
Boston, MA 02118


Gregory Greco
264 Broad Street
Red Bank, NJ 07701


Guy Abbanat
9900 West Sample Road
Suite 203
Coral Springs, FL 33065

Helen L. DeZWarte Trust
5471 N. 35th Street
Milwaukee, WI 53209


Howard Chen


HSBC Credit Center
PO Box 5241
Carol Stream, IL 60197


I-Wen Chang Liu Living Trust
6613 N Oshkosh
Chicago, IL 60681


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Isaih Goldman
333 South Congree Avenue
Suite 403
Delray Beach, FL 33445


Jaason Ziccarelli
2379 Sullivan Road
Arcade, NY 14009


James Kelly Somers
2921 Damascus Road
Fayetteville, NC 28303


James P. Morey
4512 W. Sevilla Street
Tampa, FL 33629


Janet Coccarelli
801 East Campbell Road
Suite 110 LB 33
Richardson, TX 75081


Jeff Scheithe
27575 Ferry Road
Suite 100
Warrenville, IL 60555

Jeffrey Greco
105 Broadhollow Road
Melville, NY 11747


Jeffrey Wolf
23600 College Blvd
Suite 102
Olathe, KS 66061


Jim Beaudoin
13832 Waterton Plank Road
Elm Grove, WI 53122


Jim Canole
6767 North Wickman Road
Suite 400T
Melbourne, FL 32940


Jim Herczyk
303 East Wacker Drive
25th Floor
Chicago, IL 60601


Joel Babbitt
3963 West Belmont Avenue
Suite 6
Chicago, IL 60618


John & Robert Stout
1126 Parkridge Drive
Onalaska, WI 54650


John Antrobus
2809 West Willow Knolls Road
Suite B
Peoria, IL 61614


John Dabrowski
11223 Riders Club Road
Onalaska, WI 54650


John Fichera
303 East Wacker Drive
25th Floor
Chicago, IL 60601

John Hoidas
303 East Wacker
25th Floor
Chicago, IL 60601


John Slater
5 West Avenue
Wayne, PA 19087


Jon & MaryAnne Tegethoff
104 Briarheath
Aurora, IL 60505


Josh Bannerman
41000 West 7 Mile
Suite 210
Northville, MI 48167


Jozsef Krautheim & Miolika Krauthei
6226 W. Irving Park Road
Chicago, IL 60634


Jules R. Block & Patricia Clark
12 Cheltenham Street
Long Beach, NY 11561


Karen Stebbins
4570 Gelleon Drive
Loves Park, IL 61111


Katarzyna Marczyk
224 Datura Street
Suite 507
West Palm Beach, FL 33401


Ken Friedman
4776 Hodges Blvd
suite 203
Jacksonville, FL 32224


Kevin Knapp
155 W. 68th Street
#702
New York, NY 10023

Kevin Larkin
333 South Congress Avenue
Suite 403
Delray Beach, FL 33445


Kimberly Newsome
4776 Hodges Blvd
Suite 203
Jacksonville, FL 32224


LaMay Hansen
N17183 Grover Lane
Galesville, WI 54630


Larry Doody
200 South Michigan Avenue
21st Floor
Chicago, IL 60604


Laura R & Honne C. Wu
8401 N. Spring
Skokie, IL 60076


Lawrence & Cynthia Jaskunas
113 Forest Avenue
Willow Springs, IL 60804


Lee Brickey
6000 Ploplar Avenue
Suite 250
Memphis, TN 38119


Marcel V. Dewulf Trust
423 Lincoln Avenue
Lake Bluff, IL 60044


Margaret Pither
1146 S. Danforth Avenue
Vernon Hills, IL 60061


Mariel Carlisle
38030 Old Mill Road
La Crescent, MN 55947

Marvin Boehm Family Trust
9237 Tripp Avenue
Skokie, IL 60076


Mary A. Bicker
804 Centerbury Road
Freeport, IL 61037


MB Financial Bank
PO Box 6261
Chicago, IL 60680


Merril L & Thomas C. Tlusty
2N652 Diane Avenue
Glen Ellyn, IL 60137


Michael Roarty
2705 Convington Place Estates
Saint Louis, MO 63131


Mike Chandler
2921 Damascus Road
Fayetteville, NC 28303


Najal Kirdhy
105 Broadhollow Road
Melville, NY 11747


Neil Cohen
111 South Pfingsten Road
Suite 114
Deerfield, IL 60015


Nick & Maria Pitch
18 Marions Lane
Northport, NY 11768


Norman Blake
6000 Poplar Avenue
Suite 250
Memphis, TN 38119

Ovid Santoro
One Belfast Road
Box 9
Lincolnville, ME 04849


Pamela Edwards Trust
1400 N. State Parkway
Unit 4A
Chicago, IL 60610


Patrick Kearns
501 East 6th Street
Winona, MN 55987


Paul McConville
204 Darien Lane
Dundee, IL 60118


Paul Michael & Patsy Satzinger
6910 Hamilton
Chicago, IL 60645


Peter Weber
303 South Donald Avenue
Arlington Heights, IL 60004


PFG


Ping Cao
4 Royal Oaks Court
Monroe Township, NJ 08831


Rachelle Johnson
9208 Riggs Lane
Apt D
Overland Park, KS 66212


Richard & Kathy Marotto
206 Gothic Circle
Manorville, NY 11949

Richard Beleutz
303 East Wacker Drive
25th Floor
Chicago, IL 60601


Richard Hobgood
2921 Damascus Road
Fayetteville, NC 28303


Roman Tomal
157B South Pine Street
Suite B
Burlington, WI 53105


Rose A. Gaspard Revocable Trust
1414 Areca Palm Drive
Port Orange, FL 32128


Rose Pat Roarty
39 Maniton Trail
Kings Park, NY 11754


Russell R. Wasendorf Jr.
c/o Iavarone Law Firm P.C.
11 S. LaSalle, Ste 1400
Chicago, IL 60602


Russell R. Wasendorf Sr.
c/o Iavarone Law Firm P.C.
11 S. LaSalle, Ste 1400
Chicago, IL 60602


SafeCo
c/o Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773-9500


Scott Stockton
305 B West Spring Creek Parkway
Suite 400
Plano, TX 75023

Sharon Feuerstein
11952 county Highway
La Crescent, MN 55947


Stacey Parthenis Paros
195 Salt Lake Drive
Bloomingdale, IL 60108


Stephen Carver
2809 West Willow Knolls Road
Suite B
Peoria, IL 61614


Steve Brown
200 Lee Street
Terrell, TX 75160


Stuart Miller
12020 Sunrise Valley Drive
Suite 100
Reston, VA 20191


Stuart Tracy Winfree
4776 Hodges Blvd
Suite 203
Jacksonville, FL 32224


Susan Aguilar
83 Sargent Road
Swampscott, MA 01907


Susan Chrostowski
11 Riverside Drive
Suite 204
Cocoa, FL 32922


Susan Fischer Trust
4504 Marsh Avenue
Rockford, IL 61114


The Carol Mehlhaussen Trust
563 N. Sierra Drive
Freeport, IL 61032

Thomas Naso
3 Sandpiper Court
Shoreham, NY 11786

Thomas Schuh
1000 Soutj Pine Island Road
Suite 170
Fort Lauderdale, FL 33324

Todd Feldman
12020 Sunrise Valley Drive
Suite 100
Reston, VA 20191

Tom Brewer
11223 Riders Club Road
Onalaska, WI 54650

Tom Montgomery
305 B. West Spring Creek Parkway
Suite 400
Plano, TX 75023

Tony Coccarelli
801 East Campbell Road
Suite 110 LB 33
Richardson, TX 75081

Troy Betthauser
1123 Riders Club Road
Onalaska, WI 54650

US Bank
PO Box 790408
Saint Louis, MO 63179

Victor Papa
22818 Stronghurst Avenue
Queens Village, NY 11427

Water Tower Endodontics
c/o The Bureaus Inc
1717 Central Street
Evanston, IL 60204

William Hoover
777 South Flagger Drive
Suite E


Wisconsin Department of Revenue
PO Box 268
Madison, WI 53790-0001


Xiaoqian Tan & sunbo Yang
420 Burbon Street
Chicago, IL 60656